IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCA DOMINGO-GODINEZ, § § *Petitioner*, § § VS. § TODD M. LYSONS, Acting Director of US ICE; § MIGUEL VERGARA, San Antonio Field Office § Director, US Immigration and Customs § Enforcement; DAREN K. MARGOLIN, § Director of the Executive Office for Immigration § Review; WARDEN, Dilley Immigration § Processing Center, § § *Respondents*. § | CIVIL CASE NO. SA-26-CV-731-FB |

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) filed by Petitioner Francisca Domingo-Godinez, who is currently detained in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Dilley Immigration Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1), and

this Order.  Delivery by certified mail, return receipt requested, of those same documents, will constitute sufficient service of process unless otherwise contested.  Service should be directed to:

Warden, Dilley Immigration Processing Center<br>
300 El Rancho Way<br>
Dilley, TX 78017.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition and motions within five (5) days of the date of service.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Francisca Domingo-Godinez is IMMEDIATELY STAYED until further order from this Court.  Respondents shall not transfer Petitioner Francisca Domingo-Godinez outside of this judicial district during the pendency of this litigation and until further Order of this Court.**  Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 12th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE